IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RACHEL SCHIFF, and STANLEY WEBSTER on behalf of THEMSELVES and All Others Similarly Situated, | * * | |
| PLAINTIFFS, | * | |
| VS. | * | CASE NO. 2:03CV402 |
| RACETRAC PETROLEUM, INC., A FOREIGN BUSINESS CORPORATION, | * * | |
| DEFENDANT. | * | |

**JOINT MOTION TO FILE ATTACHMENTS UNDER SEAL**

COME NOW, Plaintiffs, and Defendant RaceTrac Petroleum, Inc., by and through their respective attorneys, and submit the following to the Court.

The parties are pleased to report to the Court that a confidential settlement has been reached in this case after years of litigation and considerable mediation and negotiation. A key and material term of the settlement is that the terms of the settlement be kept confidential. This Motion to File Attachments Under Seal is intended to effectuate the argreement of the Parties and allow for a confidential and amicable resolution to the above-captioned lawsuit.

Because the local rules require the Parties to seek Court permission to file documents under seal, the Parties hereby request that all attachments and exhibits to the Joint Stipulation and Motion to Approve Settlement Agreement will be sealed by the Court and that an Order instructing the Clerk will issue forth permitting the sealed filing.

Respectfully submitted, this _____ day of December, 2007.

By: /s/ Jeremi K. Young
**Jeremi K. Young**
State Bar No. 24013793
**Jeffrey H. Rasansky**
State Bar No. 16551150

RASANSKY LAW FIRM
2525 McKinnon, Suite 625
Dallas, Texas 75201
214/651-6100
214/651-6150 Fax

ATTORNEYS FOR PLAINTIFFS

By: /s/ Stephen J. Roppolo
**Stephen J. Roppolo**
State Bar No. 00797939
**Scott D. Schneider**
State Bar No. 24054023

FISHER & PHILLIPS, LLP
Fisher & Phillips LLP
2425 West Loop South, Suite 200
Houston, Texas 77027
713/292-0150
713/292-0151

ATTORNEYS FOR DEFENDANT