IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RACHEL SCHIFF, and STANLEY WEBSTER on behalf of THEMSELVES and All Others Similarly Situated, | * * | |
| PLAINTIFFS, | * | |
| VS. | * | CASE NO. 2:03CV402 |
| RACETRAC PETROLEUM, INC., A FOREIGN BUSINESS CORPORATION, | * | |
| DEFENDANT. | * * | |

**JOINT MOTION AND ORDER TO
<u>CREATE QUALIFIED SETTLEMENT FUND</u>**

NOW INTO COURT, through undersigned counsel, come Defendant RaceTrac Petroleum, Inc. and Plaintiffs who move this Court to adopt the attached Order creating a Qualified Settlement Fund in accordance with Section 468B of the United States Internal Revenue Code (26 U.S.C. § 468B) and the regulations promulgated thereunder (26 C.F.R. § 1.468B-1). In support of this Motion, the parties represent that Defendant's payment set out in Paragraph 4 of the Master Agreement is being made to resolve all of the claims raised in this lawsuit. The parties also represent that the Settlement Administrator designated in the Master Agreement will segregate the funds contributed to the settlement fund from all other assets of Defendant.

Respectfully submitted, this __ day of December __, 2007.

By: /s/ Jeremi K. Young
**Jeremi K. Young**
State Bar No. 24013793
**Jeffrey H. Rasansky**
State Bar No. 16551150

RASANSKY LAW FIRM
2525 McKinnon, Suite 725
Dallas, Texas 75201
214/651-6100
214/651-6150 Fax

ATTORNEYS FOR PLAINTIFFS

By: /s/ Stephen J. Roppolo
**Stephen J. Roppolo**
State Bar No. 00797939
**Scott D. Schneider**
State Bar No. 24054023

FISHER & PHILLIPS, LLP
2425 West Loop South, Suite 200
Houston, Texas 77027
713/292-0150
713/292-0151

ATTORNEYS FOR DEFENDANT

NewOrleans 286080.1